NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000094
24-SEP-2012
11:14 AM

NO. CAAP-12-0000094

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHARLES R. BROWN, Plaintiff-Appellant, v.
LIANE L. BROWN, Defendant-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 05-1-0965)

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on 2/13/12, Plaintiff-Appellant Charles R. Brown (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on April 7, 2012, and the appellate clerk informed Appellant that the statement of jurisdiction was due on April 17, 2012 and the opening brief was due May 17, 2012;

(3) the due date of the statement of jurisdiction was extended to June 6, 2012;

(4) Appellant did not file either document;

(5) on July 13, 2012, as to the opening brief, and on August 3, 2012 as to the statement of jurisdiction, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on July 23, 2012 as to the opening brief and on August 13, 2012 as to the statement of

jurisdiction for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notices of default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 24, 2012.

Chief Judge

Associate Judge

Associate Judge